John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 809551  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20179 | 003-0 | RANDY LYN REEL<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxx0895 | 0.00 | 420.62 | 0.00 | 420.62 |
| 05-20656 | 104-0 | SHERYE LANETTE HENDERSON<br>Original Check written to:<br>WILSHIRE CREDIT CORP<br>14523 SW MILLIKAN WAY #200<br>BEAVERTON, OR  97005-2352 | 4618 | 66.29 | 548.96 | 0.00 | 548.96 |
| 05-60987 | 005-0 | BETTY L WHITMILL<br>Original Check written to:<br>WELLS FARGO BANK NA<br>BANKRUPTCY CASH MGMT MAC #X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328- | xxxxxxxxxxxxxxxxxxx8690 | 0.00 | 382.20 | 0.00 | 382.20 |
| 05-60987 | 007-0 | BETTY L WHITMILL<br>Original Check written to:<br>WINONA ISD<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxx2000 | 0.00 | 858.27 | 0.00 | 858.27 |
| 05-61667 | 002-0 | CAROLYN SUE LEGER<br>Original Check written to:<br>HIBERNIA NATIONAL BANK<br>P O BOX 4539<br>HOUSTON, TX  77210- | xxxxxxxx0214 | 0.00 | 4,721.41 | 0.00 | 4,721.41 |
| 05-61667 | 002-1 | CAROLYN SUE LEGER<br>Original Check written to:<br>HIBERNIA NATIONAL BANK<br>P O BOX 4539<br>HOUSTON, TX  77210- | xxxxxxxx0214 | 2,071.16 | 20.45 | 0.00 | 20.45 |
| 05-62175 | 005-0 | MICHAEL W GAGE<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH  43218- | xxxxxxxxxx3254 | 0.00 | 949.87 | 0.00 | 949.87 |